UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN BUTLER, *on behalf of himself and all others similarly situated,*

Plaintiff,

-v.-

JOHN FLUEVOG SHOES, LTD,

Defendant.

26 Civ. 1421 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Per the Court's discussion with the parties at the July 10, 2026 conference, the parties are ORDERED to adhere to the following schedule: Defendant's motion to dismiss is due on or before **July 24, 2026**; Plaintiff's opposition is due on or before **August 14, 2026**; and Defendant's reply is due on or before **August 28, 2026**.

The parties are reminded that any video evidence must be submitted by flash drive to chambers.

SO ORDERED.

Dated: July 10, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge